JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGNES HUFF, | CV 20-10953 PA (JEMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| KEMPER INDEPENDENCE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to this Court's February 1, 2021, Minute Order granting the Motion to Dismiss filed by defendant Kemper Independence Insurance Company ("Defendant") against plaintiff Agnes Huff ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have their costs of suit pursuant to Federal Rule of Civil Procedure 54.

DATED: February 1, 2021

                                            Percy Anderson
                                   UNITED STATES DISTRICT JUDGE